Evelien Verpeet (SBN 241520)
Email: everpeet@reedsmith.com
REED SMITH LLP
1999 Harrison Street, Suite 2400
Oakland, CA 94612-3572

**Mailing Address:**
P.O. Box 2084
Oakland, CA 94604-2084

Telephone:  +1 510 763 2000
Facsimile:   +1 510 273 8832

Attorneys for Plaintiff
GENERAL ELECTRIC CAPITAL
CORPORATION, a Delaware corporation

ORIGINAL FILED

JUN 2 5 2009

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

E-filing

ADR

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GENERAL ELECTRIC CAPITAL CORPORATION, a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>MASTER KRAFT MACHINING INC., a California corporation, and KURT T. MATSUDA, a citizen and resident of California,<br><br>Defendants. | Case No. C09-02854 SI<br><br>**PLAINTIFF'S MOTION FOR RIGHT TO ATTACH ORDER AND ISSUANCE OF WRIT OF ATTACHMENT AND WRIT OF POSSESSION (CLAIM AND DELIVERY)** |

– 1 –

PLAINTIFF'S MOTION FOR RIGHT TO ATTACH ORDER AND ISSUANCE OF WRIT OF ATTACHMENT AND
WRIT OF POSSESSION (CLAIM AND DELIVERY)

US_ACTIVE-101786976.1

Plaintiff, General Electric Capital Corporation ("GE Capital"), by its attorneys, moves this Court to issue a Writ of Attachment and Writ of Possession (Claim and Delivery) upon the terms and conditions set forth in the proposed Order attached hereto.

Plaintiff's Motion for Writ of Attachment is made pursuant to California Code of Civil Procedure Section 484.020 *et seq.* on the grounds that: (1) under Code of Civil Procedure Section 483.010, the attachment is sought to secure the recovery on a claim upon which an attachment may be issued; (2) the amount to be secured by the attachment is $1,181,652.91; (3) the attachment is not sought for a purpose other than the recovery on the claim upon which the attachment is based; and (4) Plaintiff has no information or belief that the claim is discharged in a proceeding under Title 11 of the United States Code (Bankruptcy) or that the prosecution of the action is stayed in a proceeding under Title 11 of the United States Code (Bankruptcy).

With its Motion for Writ of Attachment, Plaintiff seeks to attach all corporate property subject to attachment under California Code of Civil Procedure Section 487.010. The statutes prescribing the methods for levying the corporate property Plaintiff seeks to attach are California Code of Civil Procedure Sections 488.315, 488.335, 488.345, 488.355, 488.365, 488.375, 488.385, 488.425, 488.435, 488.440, 488.445, 488.450, 488.455, 488.460, 488.465, 488.470, 488.475, 488.480. Plaintiff is informed and believes that the property Plaintiff seeks to attach is subject to attachment.

Plaintiff's Motion for Writ of Possession (Claim and Delivery) is made pursuant to California Code of Civil Procedure Section 512.010 *et seq.* on the grounds that: (1) Plaintiff is the rightful owner of the manufacturing equipment leased to Defendant (the "Leased Equipment"); (2) Plaintiff is entitled to immediate possession of the Leased Equipment; (3) Defendant Master Kraft Machining, Inc. ("Master Kraft") is unlawfully detaining the Leased Equipment; and (4) upon demand, Master Kraft has refused to return the Leased Equipment to Plaintiff.

PLAINTIFF'S MOTION FOR RIGHT TO ATTACH ORDER AND ISSUANCE OF WRIT OF ATTACHMENT AND WRIT OF POSSESSION (CLAIM AND DELIVERY)

1  In support of this Motion, GE Capital relies upon, incorporates, and refers to the Complaint, the exhibits attached thereto, the Declaration of Angela Miller, and the matters of fact and law set forth in the Memorandum to be filed in support of this Motion.

DATED: June 25, 2009.

Respectfully submitted,

REED SMITH LLP

By *[signature]* Evelien Verpeet
Attorneys for Plaintiff
GENERAL ELECTRIC CAPITAL CORPORATION, a Delaware corporation