AT-135

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, state bar number, and address): | FOR COURT USE ONLY |
|---|---|
| Evelien Verpeet (SBN 241520)<br>REED SMITH LLP<br>1999 Harrison Street<br>Suite 2400<br>Oakland, CA 94612<br>TELEPHONE NO.: 510.763.2000   FAX NO. (Optional): 510.273.8832<br>E-MAIL ADDRESS (Optional): everpeet@reedsmith.com<br>ATTORNEY FOR (Name): General Electic Capital Corporation | |

**SUPERIOR COURT OF CALIFORNIA, COUNTY OF**
STREET ADDRESS: 450 Golden Gate Avenue
MAILING ADDRESS:
CITY AND ZIP CODE: San Francisco, CA 94102
BRANCH NAME: Northern District of California

PLAINTIFF: General Electric Capital Corporation

DEFENDANT: Master Kraft Machining, Inc.

E-filing    ADR

**WRIT OF ATTACHMENT**
[x] **AFTER HEARING**   [ ] **EX PARTE**

CASE NUMBER: C09-02854 SI

1. TO THE SHERIFF OR ANY MARSHAL OR CONSTABLE OF THE COUNTY OF: Alameda

2. TO ANY REGISTERED PROCESS SERVER: You are only authorized to serve this writ in accord with CCP 488.080.

3. This writ is to attach property of defendant (name and last known address): Master Kraft Machining, Inc., 850 Corporate Way, Fremont, California 94539

   and the attachment is to secure: $ 1,181,653

4. Name and address of plaintiff: General Electric Capital Corporation, 120 Long Ridge Rd Stamford, CT 06927-0001

5. YOU ARE DIRECTED TO ATTACH the following property or so much thereof as is clearly sufficient to satisfy the amount to be secured by the attachment (describe property and state its location; itemize by letter):

   [ ] This information is on an attached sheet.

6. [ ] An interest in the real property described in item 5 stands upon the records of the county, in the name of the following person other than the defendant:
   a. Name:
   b. Mailing address, if known, as shown by the records of the office of the county tax assessor (specify):

7. [ ] The real property on which the
   [ ] crops described in item 5 _____ are growing
   [ ] timber described in item 5 _____ to be cut is standing stands upon the records of the county in the name of
   a. Name:
   b. Address:

[SEAL]

Date: _____   Clerk, by _____ , Deputy

Page 1 of 1

Form Approved for Optional Use
Judicial Council of California
AT-135 [Rev. January 1, 2003]

**WRIT OF ATTACHMENT**
(Attachment)

Legal Solutions Plus

Code of Civ. Proc., § 488.010