| | |
|---|---|
| 1 | Evelien Verpeet (SBN 241520) |
|   | Email: everpeet@reedsmith.com |
| 2 | REED SMITH LLP |
|   | 1999 Harrison Street, Suite 2400 |
| 3 | Oakland, CA 94612-3572 |
| 4 | **Mailing Address:** |
|   | P.O. Box 2084 |
| 5 | Oakland, CA 94604-2084 |
| 6 | Telephone:   +1 510 763 2000 |
|   | Facsimile:    +1 510 273 8832 |
| 7 | |
| 8 | Attorneys for Plaintiff |
|   | GENERAL ELECTRIC CAPITAL |
|   | CORPORATION, a Delaware corporation |
| 9 | |
| 10 | Scott L. Goodsell (SBN 122223) |
|    | William J. Healy (SBN 146158) |
| 11 | CAMPEAU GOODSELL SMITH, L.C. |
|    | 440 N. 1st Street, Suite 100 |
| 12 | San Jose, CA 95112 |
| 13 | Telephone:   408 295 9555 |
|    | Facsimile:    408 295 6606 |
| 14 | |
| 15 | Attorneys for Defendants |
|    | MASTER KRAFT MACHINING, INC. and |
|    | KURT T. MATSUDA |

(Reed Smith LLP - A limited liability partnership formed in the State of Delaware)

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| GENERAL ELECTRIC CAPITAL CORPORATION, a Delaware corporation, | ) | Case No. C09-02854 |
| | ) | **ORDER GRANTING** |
| Plaintiff, | ) | **STIPULATED REQUEST FOR ORDER CHANGING TIME** |
| v. | ) | |
| MASTER KRAFT MACHINING INC., a California corporation, and KURT T. MATSUDA, a citizen and resident of California, | ) | Honorable Susan Illston |
| Defendants. | ) | |

Pursuant to Civil Local Rule 6-2, Plaintiff, GENERAL ELECTRIC CAPITAL CORPORATION, and Defendant, MASTER KRAFT MACHINING, INC. (collectively, the

– 1 –

"Parties"), by and through their respective counsel of record whose signatures appear below, HEREBY STIPULATE AS FOLLOWS:

1. The Parties request that the Hearing on Plaintiff's Motion for Right to Attach Order and Issuance of Writ of Attachment and Writ of Possession (Claim and Delivery) be continued from the court-set date of August 7, 2009 at 9:00 A.M. to **September 11, 2009 at 9:00 A.M.**

2. The Parties make this request because the Parties have entered into and submitted a Stipulation and Proposed Order Issuing Writ of Possession. Further, the Parties are in the process of negotiating a settlement pertaining to Plaintiff's request for a Writ of Attachment. The Parties are confident that a settlement can be reached without the Court's involvement. In the unlikely event that the Parties are unable to reach an out-of-court settlement, Counsel for Plaintiff and Defendant are available to attend a hearing on **September 11, 2009 at 9:00 A.M.**

IT IS SO STIPULATED.

DATED: August 5, 2009.

REED SMITH LLP

By _____
Evelien Verpeet
Attorneys for Plaintiff
General Electric Capital Corporation

DATED: August 5, 2009

CAMPEAU GOODSELL SMITH, L.C.

By _____
William J. Healy
Attorneys for Defendants
Master Kraft Machining, Inc. and Kurt T. Mastuda.

## ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: August 6, 2009.

