IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

<div style="margin-left: 2em;">
<b>United States District Court</b><br>
For the Northern District of California
</div>

| | |
|---|---|
| GENERAL ELECTRIC CAPITAL CORPORATION,<br><br>        Plaintiff,<br><br>v.<br><br>MASTER KRAFT MACHINING INC,<br><br>        Defendant.<br>_____/ | No. C 09-02854 SI<br><br>**PRETRIAL PREPARATION ORDER** |

It is hereby **ORDERED** pursuant to F.R.C.P. and the Local Rules of this Court:

FURTHER CASE MANAGEMENT: January 29, 2010 at 3:00 p.m.
Counsel *must* file a joint case management statement seven days in advance of the conference.

DISCOVERY PLAN: Per F.R.Civ.P and Local Rules, subject to any provisions below.

NON-EXPERT DISCOVERY CUTOFF is January 22, 2010.

DESIGNATION OF EXPERTS: March 15, 2010; REBUTTAL: March 31, 2010.
    Parties **SHALL** conform to Rule 26(a)(2).

EXPERT DISCOVERY CUTOFF is April 30, 2010.

DISPOSITIVE MOTIONS **SHALL** be filed by January 22, 2010;

    Opp. Due February 5, 2010; Reply Due February 12, 2010;

    and set for hearing no later than February 26, 2010 at 9:00 AM.

PRETRIAL CONFERENCE DATE: June 8, 2010 at 3:30 PM.

JURY TRIAL DATE: June 21, 2010 at 8:30 AM.,
    Courtroom 10, 19th floor.

TRIAL LENGTH is estimated to be days.

SPECIAL DISCOVERY AND PRETRIAL PROVISIONS:
n/a

The pretrial conference **SHALL** be attended by trial counsel prepared to discuss all aspects of the case, including settlement. Parties **SHALL** conform to the attached instructions. Plaintiff is ORDERED to serve a copy of this order on any party subsequently joined in this action.

Dated:

                                                                          SUSAN ILLSTON
                                                                          United States District Judge