UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GENERAL ELECTRIC CAPITAL CORPORATION,<br><br>        Plaintiff,<br><br>   v.<br><br>MASTER KRAFT MACHINING, INC., et al.,<br><br>        Defendants. | No. C 09-2854 SI<br><br>**ORDER DENYING APPLICATIONS WITHOUT PREJUDICE** |

    Plaintiffs have filed various applications for issuance of writs of attachment and of possession. The writs of possession have been issued. The other applications are DENIED WITHOUT PREJUDICE to renewal at a later point on a fuller factual record. (Docket Nos. 2, 7 and 8)

    IT IS SO ORDERED.

DATED: October 19, 2009

                                                SUSAN ILLSTON<br>
                                        United States District Judge