Joonsik Maing (SBN 240927)
Email: jmaing@reedsmith.com
REED SMITH LLP
101 Second Street, Suite 1800
San Francisco, CA 94105

Telephone: +1 415 543 8700
Facsimile: +1 415 391 8269

Attorneys for Plaintiff
GENERAL ELECTRIC CAPITAL
CORPORATION, a Delaware corporation

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GENERAL ELECTRIC CAPITAL CORPORATION, a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>MASTER KRAFT MACHINING INC., a California corporation, and KURT T. MATSUDA, a citizen and resident of California,<br><br>Defendants. | Case No. C09-02854 SI<br><br>**ORDER GRANTING PLAINTIFF GENERAL ELECTRIC CAPITAL CORPORATION'S REQUEST TO EXCUSE PERSONAL ATTENDANCE OF COMPANY REPRESENTATIVE AT MEDIATION**<br><br>[ADR Local Rule 6-10(d)] |

The Court has reviewed plaintiff General Electric Capital Corporation's ("Plaintiff") request made pursuant to ADR Local Rule 6-10(d) to excuse personal attendance of its company representative at the mediation on December 2, 2009. After consideration of Plaintiff's request, and good cause appearing, IT IS HEREBY ORDERED THAT:

Plaintiff's company representative, Jason Smith, is excused from personally attending the mediation. However, Plaintiff's company representative must participate in the mediation by telephone.

DATED: November 20, 2009

*Elizabeth D. Laporte*

Honorable Elizabeth D. Laporte
United Stated Magistrate Judge

REED SMITH LLP
A limited liability partnership formed in the State of Delaware