1  Joonsik Maing (SBN 240927)
   Email: jmaing@reedsmith.com
2  REED SMITH LLP
   101 Second Street, Suite 1800
3  San Francisco, CA 94105

4  Telephone:   +1 415 543 8700
   Facsimile:   +1 415 391 8269
5
   Attorneys for Plaintiff
6  GENERAL ELECTRIC CAPITAL
   CORPORATION, a Delaware corporation
7

8                UNITED STATES DISTRICT COURT

9                NORTHERN DISTRICT OF CALIFORNIA

10 | GENERAL ELECTRIC CAPITAL CORPORATION, a Delaware corporation, | Case No. C09-02854 SI
11 |                                                                | **ORDER GRANTING PLAINTIFF GENERAL ELECTRIC CAPITAL CORPORATION'S REQUEST TO EXCUSE PERSONAL ATTENDANCE OF COMPANY REPRESENTATIVE AT MEDIATION**
12 | Plaintiff,                                                     |
13 | v.                                                             |
14 | MASTER KRAFT MACHINING INC., a California corporation, and KURT T. MATSUDA, a citizen and resident of California, |
15 |                                                                | [ADR Local Rule 6-10(d)]
16 | Defendants.                                                    |

1  The Court has reviewed plaintiff General Electric Capital Corporation's ("Plaintiff") request
2  made pursuant to ADR Local Rule 6-10(d) to excuse personal attendance of its company
3  representative at the mediation on December 2, 2009. After consideration of Plaintiff's request, and
4  good cause appearing, IT IS HEREBY ORDERED THAT:
5  Plaintiff's company representative, Jason Smith, is excused from personally attending the
6  mediation. However, Plaintiff's company representative must participate in the mediation by
7  telephone.

DATED: _____November 20, 2009_____

*Elizabeth D. Laporte*

Honorable Elizabeth D. Laporte
United Stated Magistrate Judge

REED SMITH LLP
A limited liability partnership formed in the State of Delaware