IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GENERAL ELECTRIC CAPITAL CORPORATION,<br><br>        Plaintiff,<br><br>  v.<br><br>MASTER KRAFT MACHINING, INC.,<br><br>        Defendant.<br>                                             / | No. C 09-02854 SI<br><br>**ORDER RESCHEDULING HEARING ON MOTION FOR SUMMARY JUDGMENT** |

    Plaintiff's motion for summary judgment is currently set for hearing on Friday, February 26, 2010. By letter dated February 16, 2010, counsel for defendant has requested a short hiatus in which to make an effort to negotiate a business settlement of this matter. Accordingly, the Court hereby VACATES the February 26 hearing and reschedules argument on the summary judgment motion for Friday, March 12, 2010, at 9:00 a.m.

**IT IS SO ORDERED.**

Dated: February 22, 2010

                                                    SUSAN ILLSTON<br>
                                                    United States District Judge