1

William J. Healy (SBN 146158)
2   Email: whealy@campeaulaw.com
CAMPEAU GOODSELL SMITH, L.C.
3   440 N. 1ˢᵗ Street, Suite 100
San Jose, California 95112
4   Telephone:    +1 408 295 9555
Facsimile:    +1 408 295 6606
5

Attorneys for Defendants
6   Master Kraft Machining, Inc. and Kurt T.
Matsuda
7

Evelien Verpeet (SBN 241520)
8   Email: everpeet@reedsmith.com
Joonsik Maing (SBN 240927)
9   Email: jmaing@reedsmith.com
REED SMITH LLP
10   101 Second Street, Suite 1800
San Francisco, CA 94105
11   Telephone:    +1 415 659 4812
Facsimile:    +1 415 391 8269
12

Attorneys for Plaintiff
13   General Electric Capital Corporation

14                     UNITED STATES DISTRICT COURT

15                NORTHERN DISTRICT OF CALIFORNIA

16                   SAN FRANCISCO DIVISION

17   GENERAL ELECTRIC CAPITAL         No.: C 09-02854 SI
CORPORATION, a Delaware corporation,
18                                 **STIPULATED REQUEST FOR ORDER**
            Plaintiff,            **CHANGING TIME**
19
        vs.                    Honorable Susan Illston
20
MASTER KRAFT MACHINING INC., a
21   California corporation; and KURT T.
MATSUDA, a citizen and resident of California,
22
           Defendants.
23

24

25       Pursuant to Civil Local Rule 6-2, Plaintiff, GENERAL ELECTRIC CAPITAL

26   CORPORATION, and Defendants, MASTER KRAFT MACHINING, INC. and KURT T.

27   MATSUDA (collectively, the "Parties"), by and through their respective counsel of record whose

28   signatures appear below, HEREBY STIPULATE AS FOLLOWS:

C 09-02854 SI                   – 1 –

REED SMITH LLP
A limited liability partnership formed in the State of Delaware

1       1.      The Parties respectfully request that the Hearing on Plaintiff's Motion for Summary

2   Judgment be continued from March 12, 2010, 9 a.m. to **March 26, 2010, 9 a.m.**

3       2.      The Parties also respectfully request the deadline for expert designations be continued

4   from March 15, 2010 to **March 26, 2010.**

5       3.      These requests are made on the grounds that a short continuance of the motion

6   hearing and the deadline for expert designation will allow the parties to devote all their resources to

7   continued settlement negotiations.  At the January 29, 2010 status conference, the Court indicated

8   that a business solution may be available for this case and recommended that the Parties explore

9   such a solution.  Since the status conference, circumstances related to Defendants' business have

10  changed, presenting an opportunity for a business solution to this dispute.  The Parties have been and

11  continue to diligently work towards settling this matter.  Significant progress has been made and the

12  Parties wish to continue negotiating an out-of-court settlement.  Accordingly, the Parties respectfully

13  request a continuance of the motion hearing from March 12, 2010, 9 a.m. to **March 26, 2010, 9**

14  **a.m.,** and expert designation deadline from March 15, 2010 to **March 26, 2010.**

15

16  IT IS SO STIPULATED.

17

18  DATED:  March 9, 2010

19                                                  REED SMITH LLP

20                                                  By _____
21                                                     Joonsik Maing
                                                       Attorneys for Plaintiff
22                                                     General Electric Capital Corporation

23  DATED:  March 9, 2010

24                                                  CAMPEAU GOODSELL SMITH, L.C.

25                                                  By _____
26                                                     William J. Healy
                                                       Attorneys for Defendants
27                                                     Master Kraft Machining, Inc. and Kurt T. Mastuda

28

C 09-02854 SI                              — 2 —

STIPULATED REQUEST FOR ORDER CHANGING TIME

REED SMITH LLP
A limited liability partnership formed in the State of Delaware

1

## ORDER

2

3    PURSUANT TO STIPULATION, IT IS SO ORDERED.

4

5    Dated: March __, 2010



6
                                    _____
7    US_ACTIVE-103332771.1          Honorable Susan Illston
                                    United States District Court Judge
8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

REED SMITH LLP
A limited liability partnership formed in the State of Delaware

C 09-02854 SI                       — 3 —