William J. Healy (SBN 146158)
Email: whealy@campeaulaw.com
CAMPEAU GOODSELL SMITH, L.C.
440 N. 1st Street, Suite 100
San Jose, California 95112
Telephone:   +1 408 295 9555
Facsimile:   +1 408 295 6606

Attorneys for Defendants
Master Kraft Machining, Inc. and Kurt T. Matsuda

Evelien Verpeet (SBN 241520)
Email: everpeet@reedsmith.com
Joonsik Maing (SBN 240927)
Email: jmaing@reedsmith.com
REED SMITH LLP
101 Second Street, Suite 1800
San Francisco, CA 94105
Telephone:   +1 415 659 4812
Facsimile:   +1 415 391 8269

Attorneys for Plaintiff
General Electric Capital Corporation

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| GENERAL ELECTRIC CAPITAL CORPORATION, a Delaware corporation,<br><br>Plaintiff,<br><br>vs.<br><br>MASTER KRAFT MACHINING INC., a California corporation; and KURT T. MATSUDA, a citizen and resident of California,<br><br>Defendants. | No.: C 09-02854 SI<br><br>**STIPULATED REQUEST FOR ORDER CHANGING TIME**<br><br>Honorable Susan Illston |

1  Pursuant to Civil Local Rule 6-2, Plaintiff, GENERAL ELECTRIC CAPITAL
2  CORPORATION, and Defendants, MASTER KRAFT MACHINING, INC. and KURT T.
3  MATSUDA (collectively, the "Parties"), by and through their respective counsel of record whose
4  signatures appear below, HEREBY STIPULATE AS FOLLOWS:

5      1.    The Parties respectfully request that the Hearing on Plaintiff's Motion for Summary
6  Judgment be continued from March 26, 2010, 9 a.m. to **April 9, 2010, 9 a.m.**

7      2.    The Parties also respectfully request the deadline for expert designations be continued
8  from March 26, 2010 to **April 9, 2010** and the deadline for rebuttal expert designations be continued
9  from March 31, 2010 to **April 16, 2010.**

10      3.    These requests are made on the grounds that a short continuance of the motion
11  hearing and the deadline for expert and rebuttal expert designation will allow the parties to devote all
12  their resources to continued settlement negotiations. At the January 29, 2010 status conference, the
13  Court indicated that a business solution may be available for this case and recommended that the
14  Parties explore such a solution. Since the status conference, circumstances related to Defendants'
15  business have changed, presenting an opportunity for a business solution to this dispute. The Parties
16  have been and continue to diligently work towards settling this matter. Significant progress has been
17  made, with draft settlement agreements being circulated for review and signature. The Parties
18  believe they are close to settling this matter.

19  ////
20  ////
21  ////
22  ////
23  ////
24  ////
25  ////
26  ////
27  ////
28  ////

C 09-02854 SI     — 2 —
STIPULATED REQUEST FOR ORDER CHANGING TIME

REED SMITH LLP
A limited liability partnership formed in the State of Delaware

4. Accordingly, the Parties respectfully request a continuance of the motion hearing from March 26, 2010, 9 a.m., to **April 9, 2010, 9 a.m.;** expert designation deadline from March 26, 2010 to **April 9, 2010**; and the rebuttal expert designation deadline from March 31, 2010 to **April 16, 2010.**

IT IS SO STIPULATED.

DATED: March 24, 2010

REED SMITH LLP

By _____
Joonsik Maing
Attorneys for Plaintiff
General Electric Capital Corporation

DATED: March 24, 2010

CAMPEAU GOODSELL SMITH, L.C.

By _____
William J. Healy
Attorneys for Defendants
Master Kraft Machining, Inc. and Kurt T. Mastuda

## ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: March __, 2010

_____
Honorable Susan Illston
United States District Court Judge

US_ACTIVE-103432477.1