William J. Healy (SBN 146158)
Email: whealy@campeaulaw.com
CAMPEAU GOODSELL SMITH, L.C.
440 N. 1st Street, Suite 100
San Jose, California 95112
Telephone:   +1 408 295 9555
Facsimile:   +1 408 295 6606

Attorneys for Defendants
Master Kraft Machining, Inc. and Kurt T. Matsuda

Evelien Verpeet (SBN 241520)
Email: everpeet@reedsmith.com
Joonsik Maing (SBN 240927)
Email: jmaing@reedsmith.com
REED SMITH LLP
101 Second Street, Suite 1800
San Francisco, CA  94105
Telephone:   +1 415 659 4812
Facsimile:   +1 415 391 8269

Attorneys for Plaintiff
General Electric Capital Corporation

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO DIVISION

| | |
|---|---|
| GENERAL ELECTRIC CAPITAL CORPORATION, a Delaware corporation,<br><br>Plaintiff,<br><br>vs.<br><br>MASTER KRAFT MACHINING INC., a California corporation; and KURT T. MATSUDA, a citizen and resident of California,<br><br>Defendants. | No.: C 09-02854 SI<br><br>**REQUEST FOR COURT TO RETAIN JURISDICTION TO ENFORCE SETTLEMENT AGREEMENT**<br><br>Honorable Susan Illston |

C 09-02854 SI                                – 1 –
REQUEST FOR COURT TO RETAIN JURISDICTION TO ENFORCE SETTLEMENT AGREEMENT

1  Plaintiff, General Electric Capital Corporation, and Defendants, Master Kraft Machining,
2  Inc. and Kurt T. Matsuda (collectively, the "Parties"), have settled this matter. The settlement terms
3  are memorialized in the Parties' Settlement Agreement ("Settlement Agreement"), which is attached
4  hereto as Exhibit A and incorporated herein by reference.

5  Pursuant to Paragraph 7 of the Settlement Agreement, the Parties' respectfully request that
6  the Court retain jurisdiction to enforce the terms of the Settlement Agreement.

7  Plaintiff General Electric Capital Corporation also withdraws its Motion for Summary
8  Judgment ("Motion") filed on January 22, 2010, and the Parties respectfully request that the April 9,
9  2010 hearing on the Motion be taken off calendar.

10 Finally, the Parties respectfully request that all future court dates, including the June 21,
11 2010 trial date and June 8, 2010 pretrial conference, be taken off calendar.

13 DATED: April 1, 2010

REED SMITH LLP

By _____
Joonsik Maing
Attorneys for Plaintiff
General Electric Capital Corporation

18 DATED: April 1, 2010

CAMPEAU GOODSELL SMITH, L.C.

By _____
William J. Healy
Attorneys for Defendants
Master Kraft Machining, Inc. and Kurt T. Mastuda

## ORDER

After reviewing Plaintiff, General Electric Capital Corporation's, and Defendants, Master Kraft Machining, Inc.'s and Kurt T. Matsuda's (collectively, the "Parties"), Request For Court To Retain Jurisdiction To Enforce Settlement Agreement, the Court HEREBY ORDERS THAT:

1. The Parties shall comply with the terms of their settlement agreement dated March 19, 2010 ("Settlement Agreement"), a copy of which is attached hereto as Exhibit A and incorporated herein by reference;

2. By consent of the Parties, the Court shall retain jurisdiction through August 15, 2010 for the purpose of enforcing the terms of the Settlement Agreement and enabling the Parties to apply to the Court for such further order, direction and relief as may be necessary or appropriate for the interpretation of the Settlement Agreement and to effectuate and enforce compliance with its terms;

3. Plaintiff General Electric Capital Corporation's Motion for Summary Judgment ("Motion") filed on January 22, 2010 is withdrawn.

4. All future court dates, including the April 9, 2010 hearing on the Motion, the June 8, 2010 pretrial conference and June 21, 2010 trial date, are off calendar.

IT IS SO ORDERED.

Dated: April __, 2010

_____
Honorable Susan Illston
United States District Court Judge

US_ACTIVE-103432477.1

# EXHIBIT A

## SETTLEMENT AGREEMENT

This Settlement Agreement is entered into this 19th day of March, 2010, by and between General Electric Capital Corporation ("GE Capital"), a Delaware corporation, on one hand, and Master Kraft Machining Inc. ("Master Kraft"), a California corporation, and Kurt T. Matsuda ("Matsuda"), a citizen and resident of California, on the other hand.

## RECITALS

WHEREAS, on about January 25, 2006, U.S. Bancorp Equipment Finance, Inc. ("Bancorp"), as lessor, and Matsuda d/b/a Master Kraft, as lessee, entered into a Master Lease Agreement (the "Bancorp Lease") pursuant to which Bancorp leased to Matsuda one (1) Matsuura MAM 500 CNC Horizontal Machining Center with Yasnac 180, 8,000 RPM Spindle, 1 Degree Indexing, 60 Position ATC, Chip Conveyor, 11 Pallets with Change System and Work Station, Hi Pressure Thru Spindle Coolant, 800 PSI 320 Meters Memory, together with all replacements, parts, repairs, additions, accessions and accessories incorporated therein or affixed or attached thereto and any and all proceeds of the foregoing, including, without limitation, insurance recoveries (the "Bancorp Equipment");

WHEREAS, on about January 25, 2006, Matsuda executed a Guaranty (the "Bancorp Guaranty"), pursuant to which Matsuda guaranteed all of Master Kraft's obligations to Bancorp, including those arising under the Bancorp Lease;

WHEREAS, on about June 2, 2006, Bancorp assigned to GE Capital, for due consideration, the entirety of its interest in the Bancorp Lease and related agreements, including the Bancorp Guaranty;

WHEREAS, on about August 1, 2007, Manufactures Financing Services, a subdivision of Ellison Technologies, Inc. (collectively and separately, "MFS"), as lessor, and Master Kraft, as

lessee, entered into an Equipment Lease, No. 28101730 (the "MFS Lease") pursuant to which MFS leased to Master Kraft one (1) Mori Seiki Precision Horizontal Production Center Equipped with tool Breakage Detection System, AICC II Fast Data Server, 6 Pallet Carrier Pallet Pool, Coolant Gun at Setup Station, Cooljet 70/36DVF 1000 PSI High Pressure Coolant System, Tooling and all standard and any additional parts, attachments and accessories (the "MFS Equipment");

WHEREAS, on about August 1, 2007, Matsuda guaranteed all of Master Kraft's obligations to MFS (the "MFS Guaranty"), including those arising under the MFS Lease;

WHEREAS, on about December 28, 2007, MFS assigned to GE Capital, for due consideration, the entirety of its interest in the MFS Lease and related agreements, including the MFS Guaranty;

WHEREAS, Master Kraft, as lessee, and Matsuda, as guarantor, defaulted on the Bancorp Lease and MFS Lease (collectively, the "Leases") for failing to make the required monthly payments under those leases;

WHEREAS, upon Master Kraft's and Matsuda's defaults on the Leases, the full amounts due under the Leases, including, but not limited to, all payment obligations, interest and other expenses, fees and costs, were accelerated;

WHEREAS, on June 25, 2009, GE Capital filed claims against Master Kraft and Matsuda on the Leases and related guarantees in the matter known as *General Electric Capital Corporation v. Master Kraft Machining, Inc. and Kurt T. Matsuda*, Case No C09-02854 SI (the "Lawsuit"), in the District Court for the Northern District of California;

WHEREAS, after the Lawsuit was filed, the Bancorp Equipment was sold for $70,000 (the "Bancorp Proceeds"), and the Bancorp Proceeds were sufficient to satisfy Master Kraft's

and Matsuda's payment obligations under the Bancorp Lease and Bancorp Guaranty, except for GE Capital's attorneys' fees and costs;

WHEREAS, the total amount, including attorneys' fees and costs, currently due and owing from Master Kraft and Matsuda to GE Capital under the Bancorp Lease and MFS Lease and related guarantees is $1,189,593.35 (the "Total Amount Due");

WHEREAS, to avoid the expenses and risks of continued litigation, GE Capital, Master Kraft and Matsuda have each independently determined to resolve between and among themselves all issues raised in or by or otherwise relating to the Leases and Lawsuit as provided in this Settlement Agreement.

## PROVISIONS

NOW, THEREFORE, in consideration of the foregoing Recitals, the covenants contained herein, and other good and valuable consideration, the receipt and sufficiency of which is hereby acknowledged, GE Capital, Master Kraft and Matsuda agree as follows:

1.  The above Recitals are incorporated by reference into this Settlement Agreement.

2.  The sum of $295,175.84 ("Total Settlement Amount") shall be paid by Master Kraft and/or Matsuda to GE Capital in installment payments identified in Paragraph 2(a), below (the "Installment Payments"). The Total Settlement Amount is comprised of $186,347.39 in past due payments, late charges and taxes due under the MFS Lease (the "Past Due Amount"); $53,492.16 in regular monthly payments due under the MFS Lease; and $55,336.29 in GE Capital's attorneys' fees and costs (the "Fees and Costs"). Each of the Installment Payments shall be wire transferred to GE Capital.

    (a)  Installment Payments

- 3 -

(i)  $120,380.82 on or before April 15, 2010 (the "First Installment Payment"). The First Installment Payment consists of one half (1/2) of the Past Due Amount ($93,173.70), the regular April monthly payment under the MFS Lease ($13,373.04) and one quarter (1/4) of the Fees and Costs ($13,834.08).

(ii) $120,380.80 on or before May 15, 2010 (the "Second Installment Payment"). The Second Installment Payment consists of one half (1/2) of the Past Due Amount ($93,173.69), the regular May monthly payment under the MFS Lease ($13,373.04) and one quarter (1/4) of the Fees and Costs ($13,834.07).

(iii) $27,207.11 on or before June 15, 2010 (the "Third Installment Payment"). The Third Installment Payment consists of the regular June monthly payment under the MFS Lease ($13,373.04) and one quarter (1/4) of the Fees and Costs ($13,834.07).

(iv) $27,207.11 on or before July 15, 2010 (the "Fourth Installment Payment"). The Fourth Installment Payment consists of the regular July monthly payment under the MFS Lease ($13,373.04) and one quarter (1/4) of the Fees and Costs ($13,834.07).

3. Time is of the essence in the payment of the Total Settlement Amount and in the payment of each of the Installment Payments.

4. Contemporaneously with the execution and delivery of this Settlement Agreement, Master Kraft and Matsuda shall execute and deliver to GE Capital a stipulated judgment in favor of GE Capital and against Master Kraft and Matsuda, jointly and severally, in the Total Amount Due ($1,189,593.35), and for the surrender of the MFS Equipment by Master Kraft and Matsuda to GE Capital ("Stipulated Judgment"). The Stipulated Judgment shall be in the form attached hereto.

- 4 -

5. GE Capital shall not file or execute on the Stipulated Judgment so long as Master Kraft and Matsuda are in full and timely compliance with each and every term of this Settlement Agreement. However, upon default under the terms of this Settlement Agreement, GE Capital shall be free to file the Stipulated Judgment and proceed upon it in any manner authorized by law, and/or equity. In the event the Stipulated Judgment is entered in the Lawsuit, GE Capital shall promptly file a partial satisfaction of judgment, crediting Master Kraft and Matsuda for the amounts, if any, Master Kraft and Matsuda actually paid as Installment Payments as of the date the Stipulated Judgment is entered.

6. The Stipulated Judgment shall become final for all purposes upon entry thereof, and GE Capital, Master Kraft and Matsuda waive any right to appeal or seek review of the Stipulated Judgment by a higher court.

7. Within three (3) court days of the execution of this Settlement Agreement, GE Capital, Master Kraft and Matsuda shall jointly request that the Court retain jurisdiction to enforce this Settlement Agreement.

8. The MFS Lease, including its amendments and attachments, and related agreements, including, but not limited to, the MFS Guaranty (collectively, the "MFS Agreement"), are hereby modified by the terms of this Settlement Agreement. To the extent the terms of this Settlement Agreement do not expressly modify the terms of the MFS Agreement, the terms of the MFS Agreement shall remain in full force and effect. Nothing in this Settlement Agreement relieves Master Kraft and Matsuda from continuing to be responsible, jointly and severally, for making any and all payments required under the MFS Agreement after July 15, 2010.

9. Within ten (10) days of its receipt of timely and full payment of all of the Installment Payments set forth in Paragraph 2(a), above, GE Capital shall cause to be entered in

-5-

the Lawsuit an Order dismissing the Lawsuit without prejudice, with all parties to bear their own attorneys' fees and costs to the extent not included in the Total Settlement Amount.

10. This Settlement Agreement may be executed in one or more counterpart copies, each of which when executed and delivered shall be an original, but all of which together shall constitute one and the same Settlement Agreement. This Settlement Agreement may be delivered by facsimile and/or electronic mail.

11. GE Capital warrants and represents that it neither has made nor suffered to be made any assignment or transfer of any rights, claims, demands, or causes of action covered by this Settlement Agreement, and that it is the sole and absolute legal owner thereof.

12. The MFS Agreement, as amended by this Settlement Agreement, constitutes the entire agreement of GE Capital, on one hand, and Master Kraft and Matsuda, on the other hand. No understandings, agreements, or representations, oral or otherwise, exist or have been made to any of the parties, or their respective shareholders, directors, officers, employees, attorneys, subsidiaries, affiliates, agents, and representatives, other than those contained herein and in the MFS Agreement.

13. This Settlement Agreement may be modified only by a writing executed by GE Capital, Master Kraft and Matsuda.

14. This Settlement Agreement shall be binding upon and inure to the benefit of GE Capital and Master Kraft and Matsuda, together with each of their respective heirs, legal representatives, successors, and assigns.

15. This Settlement Agreement shall be governed in all respects by the laws which govern the MFS Agreement.

16. If, after the date of this Settlement Agreement, any provision of this Settlement Agreement is held to be illegal, invalid, or unenforceable under the present or future laws, such provision shall be fully severable and shall in no manner affect the validity of the remaining provisions of this Settlement Agreement.

17. GE Capital, Master Kraft and Matsuda hereby warrant and represent that they have read this Settlement Agreement, understand it, have consulted with their respective counsel regarding its legal effect, and have all necessary authority to execute and deliver this Settlement Agreement.

WITNESS the signatures of the parties hereto as of the date first written.

General Electric Capital Corporation, a Delaware corporation

By: _____

Its: Jason Smith / Litigation Specialist

Master Kraft Machining Inc., a California corporation

By: _____

Its: counsel

_____
Kurt T. Matsuda, an individual

US_ACTIVE-103297592.2

- 7 -

MASTER KRAFT MACHINING Fax:4085735551         Mar 24 2010 16:04      P.01

Evelien Verpeet (SBN 241520)
Email: everpeet@reedsmith.com
Joonsik Maing (SBN 240927)
Email: jmaing@reedsmith.com
REED SMITH LLP
101 Second Street, Suite 1800
San Francisco, CA 94105
Telephone:   +1 415 659 4812
Facsimile:   +1 415 391 8269

Attorneys for Plaintiff
General Electric Capital Corporation, a
Delaware corporation

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| GENERAL ELECTRIC CAPITAL CORPORATION, a Delaware corporation,<br><br>Plaintiff,<br><br>vs.<br><br>MASTER KRAFT MACHINING INC., a California corporation; and KURT T. MATSUDA, a citizen and resident of California,<br><br>Defendants. | No.: C 09-02854 SI<br><br>STIPULATED JUDGMENT<br><br>Honorable Susan Illston |

Pursuant to the stipulation of the parties, Plaintiff, General Electric Capital Corporation ("GE Capital"), and Defendants, Master Kraft Machining, Inc. ("Master Kraft") and Kurt T. Matsuda ("Matsuda"), and the terms of the Settlement Agreement between GE Capital, Master Kraft and Matsuda;

IT IS HEREBY ORDERED:

THAT Judgment is hereby entered in favor of Plaintiff, GE Capital, and against Defendants, Master Kraft and Matsuda, jointly and severally, in the amount of One Million One Hundred Eighty-Nine Thousand Five Hundred Ninety-Three Dollars and Thirty-Five Cents ($1,189,593.35), with the parties to bear their own costs to the extent not included in the Judgment;

C09-02854 SI                      – 1 –
                         STIPULATED JUDGMENT

MASTER KRAFT MACHINING Fax:4085735551          Mar 24 2010  10:04      P.02

1   THAT Plaintiff, GE Capital, is entitled to possession of one (1) Mori Seiki Precision
2   Horizontal Production Center Equipped with tool Breakage Detection System, AICC II Fast Data
3   Server, 6 Pallet Carrier Pallet Pool, Coolant Gun at Setup Station, Cooljet 70/36DVF 1000 PSI High
4   Pressure Coolant System, Tooling and all standard and any additional parts, attachments and
5   accessories (the "MFS Equipment"), and Defendants, Master Kraft and Matsuda, shall immediately
6   surrender the MFS Equipment to GE Capital.
7   SO ORDERED.
8   DATED: _____, 2010.

10                                              _____
                                                Honorable Susan Illston
11                                              United States District Court Judge

12  Agreed and Stipulated to:
13  DATED: March 19, 2010.

14                                              General Electric Capital Corporation, a Delaware
                                                corporation
15
16                                              By: _____
17                                              Its: _____

19  DATED: March 19, 2010.

20                                              Master Kraft Machining, Inc., a California corporation

22                                              By: _____
23                                              Its: _____

24
25  DATED: March 19, 2010.

26                                              _____
27                                              Kurt T. Matsuda, an individual.

28  US_ACTIVE-103900467.1

C09-02854 SI                          – 2 –
                              STIPULATED JUDGMENT

REED SMITH LLP
A limited liability partnership formed in the State of Delaware