Joonsik Maing (SBN 240927)
Email: jmaing@reedsmith.com
REED SMITH LLP
101 Second Street, Suite 1800
San Francisco, CA 94105
Telephone: +1 415 659 4812
Facsimile: +1 415 391 8269

Attorneys for Plaintiff
General Electric Capital Corporation, a
Delaware corporation

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| GENERAL ELECTRIC CAPITAL CORPORATION, a Delaware corporation,<br><br>Plaintiff,<br><br>vs.<br><br>MASTER KRAFT MACHINING INC., a California corporation; and KURT T. MATSUDA, a citizen and resident of California,<br><br>Defendants. | No.: C 09-02854 SI<br><br>**[PROPOSED] ORDER DISMISSING CASE WITHOUT PREJUDICE**<br><br>Honorable Susan Illston |

REED SMITH LLP
A limited liability partnership formed in the State of Delaware

# ORDER

After reviewing Plaintiff General Electric Capital Corporation's Request for Dismissal Without Prejudice, the Court HEREBY ORDERS THAT:

1. Pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure, the entire case is dismissed without prejudice.

IT IS SO ORDERED

DATED: _____, 2010

_____
Honorable Susan Illston
United States District Court Judge

US_ACTIVE-104205011.1